to the Industrial Accident Commission of California denied. *Mr. M. C. Sloss* for petitioner. *Mr. J. M. Chamberlin* for respondent.

No. 795. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. April 27, 1931. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. M. C. Sloss* for petitioner. *Mr. J. M Chamberlin* for respondents.

No. 796. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. April 27, 1931. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. M. C. Sloss* for petitioner. *Mr. J. M. Chamberlin* for respondents.

No. 806. UNITED STATES FIDELITY & GUARANTY CO. *v.* HARDY ET AL. April 27, 1931. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, denied. *Mr. Wilmer S. Hunt* for petitioner. No appearance for respondents.

No. 809. READING CO. *v.* GEARY. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Alexander Armstrong* and *Eugene S. Williams* for petitioner. *Messrs. Saul Praeger, Roszel C. Thomsen,* and *Walter L. Clark* for respondent.

No. 810. JOY CHEMICAL CO. *v.* MOSS, SUPERVISOR OF PERMITS, ET AL; and